Cheryl L. O'Connor (SBN 173897)
coconnor@jonesday.com
Patrick J. Hall (SBN 341345)
phall@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone: (949) 851-3939
Facsimile:  (949) 553-7539

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONDA LUFT,<br><br>                Plaintiffs,<br><br>         v.<br><br>WEBBANK; and EXPERIAN<br>INFORMATION SOLUTIONS, INC.,<br><br>                Defendant. | Case No. 8:22-cv-00936-DOC-(DFMx)<br><br>Hon. David O. Carter<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>Notice of Removal filed: May 6, 2022 |

COMES NOW Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, and answers Plaintiff Ronda Luft's ("Plaintiff") Complaint (the "Complaint") as follows:

### PARTIES

1.     In response to paragraph 1 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

2.    In response to paragraph 2 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

3.    In response to paragraph 3 of the Complaint, Experian admits the allegations contained therein.

## BACKGROUND

4.    In response to paragraph 4 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

5.    In response to paragraph 5 of the Complaint, Experian admits that Plaintiff purports to summarize and/or characterize portions of the Fair Credit Reporting Act ("FCRA").  Experian states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 5 inconsistent therewith.

6.    In response to paragraph 6 of the Complaint, Experian admits that Plaintiff purports to summarize and/or characterize portions of the FCRA. Experian states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 6 inconsistent therewith.

7.    In response to paragraph 7 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

8.    In response to paragraph 8 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

9.    In response to paragraph 9 of the Complaint, Experian admits that Plaintiff purports to summarize and/or characterize the opinion from the case *Toliver v. Experian Information Solutions, Inc.*, 973. F. Supp. 2d 707 (S.D. Tex 2013).  Experian states that this opinion speaks for itself and, on that basis, denies any allegations of paragraph 9 inconsistent therewith.  As to the remaining

EXPERIAN ANSWER TO COMPLAINT
Case No. 8:22-cv-00936-DOC-DFM

allegations in paragraph 9, Experian denies, generally and specifically, each and every remaining allegation contained therein.

10.    In response to paragraph 10 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

## FACTUAL STATEMENT

11.    In response to paragraph 11 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

12.    In response to paragraph 12 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

13.    In response to paragraph 13 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

14.    In response to paragraph 14 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

15.    In response to paragraph 15 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

16.    In response to paragraph 16 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the

allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

17.    In response to paragraph 17 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

18.    In response to paragraph 18 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

19.    In response to paragraph 19 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

20.    In response to paragraph 20 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.

21.    In response to paragraph 21 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.

22.    In response to paragraph 22 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.

23.    In response to paragraph 23 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 23 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 23 of the Complaint.

24.    In response to paragraph 24 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.

## COUNT I

## VIOLATION OF THE FAIR CREDIT REPORTING ACT

## BY WEBBANK

25.    In response to paragraph 25 of the Complaint, Experian incorporates by reference its answers to Paragraphs 1 through 24 above, as though fully set forth herein.

26.    In response to paragraph 26 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

27.    In response to paragraph 27 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

28.    In response to paragraph 28 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies generally and specifically, each and every allegation contained therein.

29.    In response to paragraph 29 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

30.    In response to paragraph 30 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the

EXPERIAN ANSWER TO COMPLAINT
Case No. 8:22-cv-00936-DOC-DFM

allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

31.    In response to paragraph 31 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

32.    In response to paragraph 32 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

33.    In response to paragraph 33 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

34.    In response to paragraph 34 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

35.    In response to paragraph 35 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## COUNT II

## VIOLATION OF THE FAIR CREDIT REPORTING ACT

## BY EXPERIAN

36.    In response to paragraph 36 of the Complaint, Experian incorporates by reference its answers to Paragraphs 1 through 35 above, as though fully set forth herein.

37.    In response to paragraph 37 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the

EXPERIAN ANSWER TO COMPLAINT
Case No. 8:22-cv-00936-DOC-DFM

allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

38.     In response to paragraph 38 of the Complaint, Experian denies that it failed to maintain and/or follow reasonable procedures to assure maximum possible accuracy of information.

39.     In response to paragraph 39 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

40.     In response to paragraph 40 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

41.     In response to paragraph 41 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

42.     In response to paragraph 42 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

## COUNT III

## VIOLATION OF THE ROSENTHAL FAIR DEBT COLLECTION

## PRACTICES ACT,

## CALIFORNIA CIVIL CODE §§ 1788.17 BY WEBBANK

43.     In response to paragraph 43 of the Complaint, Experian incorporates by reference its answers to Paragraphs 1 through 42 above, as though fully set forth herein.

44.     In response to paragraph 44 of the Complaint, Experian admits that the allegations contained therein appear to set forth a portion of the Rosenthal Act. Experian states that the Rosenthal Act speaks for itself and, on that basis, denies any allegations of paragraph 44 inconsistent therewith.

45.     In response to paragraph 45 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

46.    In response to paragraph 46 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

47.    In response to paragraph 47 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## VIOLATION OF THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT,
### CALIFORNIA CIVIL CODE §§ 1788.17 BY EXPERIAN

48.    In response to paragraph 48 of the Complaint, Experian incorporates by reference its answers to Paragraphs 1 through 47 above, as though fully set forth herein.

49.    In response to paragraph 49 of the Complaint, Experian admits that the allegations contained therein appear to set forth a portion of the Rosenthal Act. Experian states that the Rosenthal Act speaks for itself and, on that basis, denies any allegations of paragraph 44 inconsistent therewith.

50.    In response to paragraph 50 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

51.    In response to paragraph 51 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

52.    In response to paragraph 52 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

### RESPONSE TO PRAYERS FOR RELIEF

Experian denies that Plaintiff is entitled to any damages or other relief

EXPERIAN ANSWER TO COMPLAINT
Case No. 8:22-cv-00936-DOC-DFM

against Experian as set forth in her prayers for relief.

## RESPONSE TO DEMAND FOR JURY TRIAL

In response to the Complaint, Experian admits that Plaintiff has demanded trial by jury on all issues triable.

## AFFIRMATIVE DEFENSES

In further response to Plaintiff's Complaint, Experian hereby asserts the following affirmative defenses, without conceding that it bears the burden of persuasion as to any of them.

## FIRST AFFIRMATIVE DEFENSE

### (FAILURE TO MITIGATE DAMAGES)

Plaintiff has failed to mitigate her damages.

## SECOND AFFIRMATIVE DEFENSE

### (CONTRIBUTORY/COMPARATIVE FAULT)

Experian is informed and believes and thereon alleges that any alleged damages that Plaintiff may have suffered, which Experian continues to deny, were, at least in part, caused by the actions of Plaintiff herself, and resulted from Plaintiff's own negligence, which equaled or exceeded any alleged negligence or wrongdoing by Experian.

## THIRD AFFIRMATIVE DEFENSE

### (ESTOPPEL)

Any damages that Plaintiff may have suffered, which Experian continues to deny, were the direct and proximate result of the conduct of Plaintiff.

## FOURTH AFFIRMATIVE DEFENSE

### (UNCLEAN HANDS)

The Complaint, and each claim for relief therein that seeks equitable relief, is barred by the doctrine of unclean hands.

EXPERIAN ANSWER TO COMPLAINT
Case No. 8:22-cv-00936-DOC-DFM

## FIFTH AFFIRMATIVE DEFENSE

### (LACHES)

The claim for relief set forth in the Complaint is barred by the doctrine of laches.

## SIXTH AFFIRMATIVE DEFENSE

### (STATUTE OF LIMITATIONS)

Experian is informed and believes and thereon alleges that Plaintiff's claims for relief under the FCRA herein are barred by the applicable statutes of limitation, including but not limited to 15 U.S.C. § 1681p.

## SEVENTH AFFIRMATIVE DEFENSE

### (RIGHT TO ASSERT ADDITIONAL DEFENSES)

Experian reserves the right to assert additional affirmative defenses at such time and to such extent as warranted by discovery and the factual developments in this case.

## PRAYER FOR RELIEF

WHEREFORE, Defendant Experian Information Solutions, Inc. prays as follows:

(1)    That Plaintiff take nothing by virtue of the Complaint herein and that this action be dismissed in its entirety;

(2)    For costs of suit and attorneys' fees herein incurred; and

(3)    For such other and further relief as the Court may deem just and proper.

EXPERIAN ANSWER TO COMPLAINT
Case No. 8:22-cv-00936-DOC-DFM

Dated:  May 13, 2022                JONES DAY


By: _*/s/ Cheryl L. O'Connor*_
    Cheryl L. O'Connor

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

## CERTIFICATE OF SERVICE

I, Gina Araya, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On May 13, 2022, I served a copy of the **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT** by electronic transmission.

I am familiar with the United States District Court for the Central District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Robert Sibilia
robert@oceansidelawcenter.com
Oceanside Law Center
PO Box 861
Oceanside, CA 92049
Tel: 760-666-1151
Fax: 818-698-0300

*Attorneys for Plaintiff*

Executed on May 13, 2022, at Irvine, California.

/s/ Gina Araya

EXPERIAN ANSWER TO COMPLAINT
Case No. 8:22-cv-00936-DOC-DFM