FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 01, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RONDA LUFT,<br><br>             Plaintiff,<br><br>  v.<br><br>WEBBANK,<br><br>             Defendant. | No. 2:22-CV-00182-MKD<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT WEBBANK<br><br>**ECF No. 61** |

Before the Court is the parties' Stipulation of Dismissal with Prejudice as to Defendant WebBank, ECF No. 61. The parties stipulate to the dismissal of all claims against Defendant WebBank, with prejudice and without an award of attorneys' fees or costs to any party.

ORDER - 1

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. The instant Stipulation is signed by all parties who have appeared.[1]

Accordingly, **IT IS ORDERED:**

**1.** The parties' Stipulation of Dismissal with Prejudice as to Defendant WebBank, **ECF No. 61**, is **GRANTED.**

**2.** Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, all claims in this matter against Defendant WebBank, are **DISMISSED with prejudice**, without an award of fees or costs.

**3.** Any pending motions are **DENIED as moot.**

**4.** All hearings and other deadlines are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to file this order, provide copies to counsel, and **CLOSE the file.**

DATED February 1, 2024.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

---

[1] On December 18, 2023, all claims against Experian Information Solutions, Inc., were dismissed with prejudice upon the parties' stipulation. ECF No. 60.